**Carless John BATEY, Appellant,**

v.

**Dr. C. Keith SCHAFER and Nina Davis, Respondents.**

**No. WD 43639.**

Missouri Court of Appeals, Western District.

March 5, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 1991.

Cyril M. Hendricks, Jefferson City, for appellant.

William L. Webster, Atty. Gen., Lee B. Vardell, Asst. Atty. Gen., Jefferson City, for respondents.

Before MANFORD, P.J., and BERREY and GAITAN, JJ.

### ORDER

PER CURIAM:

Plaintiff appeals from order sustaining defendants' motion to dismiss.

The judgment is affirmed. Rule 84.16(b).